IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00142-MP-EMT

STEVEN M OELRICH,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that the case be dismissed pursuant to Plaintiff's notice of voluntary dismissal. The time for filing objections has passed and none have been filed. The Court agrees that since Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    The Notice of Voluntary Dismissal is accepted, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *20th* day of October, 2006

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge